UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROOSEVELT/TAMARACK INVESTMENTS PROPERTY HOLDING, LLC,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-686-CAB-MDD<br><br>**ORDER TO SHOW CAUSE** |

　　　According to the docket in this matter, the complaint was filed on filed on April 9, 2020, and it was served on Defendant to a person authorized to accept service on May 18, 2020, and thereafter mailed on May 22, 2020. [Doc. No. 4.] Service on Defendant was therefore completed on June 1, 2020. *See* Fed. R. Civ. P. 4(e)(1), 4(h)(1)(A) (plaintiff may serve an individual by any means authorized by the law of the state in which the district court sits, and service of most businesses by the same means); Cal. Civ. Proc. Code § 415.20(a) (substituted service permitted after reasonable diligent attempts at personal service and deemed complete on the 10th day after mailing). Based on the date of service, Defendant's response to the complaint was due on June 22, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). No response has been filed, and there has been no other activity on the

docket. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing, on or before **July 13, 2020**, why this case should not be dismissed for failure to prosecute. Failure to respond to this order will result in dismissal of the complaint.

    It is **SO ORDERED**.

Dated: July 1, 2020

Hon. Cathy Ann Bencivengo
United States District Judge